00082033.001

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **CINDY LEE, M.D.** | : | **Case No.:** _____ |
| | : | |
| And | : | **Judge** _____ |
| | : | |
| **C.T. LEE, M.D.** | : | |
| | : | |
| Plaintiffs, | : | **NOTICE OF REMOVAL** |
| | : | **BY DEFENDANTS CLAIM-NET, LLC,** |
| v. | : | **DENNIS HESTER AND GOODVILLE** |
| | : | **MUTUAL CASUALTY COMPANY** |
| **GOODVILLE MUTUAL CASUALTY** | : | |
| **COMPANY** | : | |
| | : | |
| And | : | |
| | : | |
| **CLAIM-NET, LLC.** | : | |
| | : | |
| And | : | |
| | : | |
| **DENNIS HESTER** | : | |
| | : | |
| Defendants. | : | |

Comes now Defendants, Claim-Net, LLC, Dennis Hester and Goodville Mutual Casualty Company, and, pursuant to 28 U.S.C. §1441, submit their Notice of Removal of the action brought by Plaintiffs, Dr. Cindy Lee and Dr. C.T. Lee in the Court of Common Pleas, Hamilton County, Ohio, case number A1406566, and all claims alleged therein. Defendants submit this Notice on the basis of diversity of citizenship pursuant to 28 U.S.C. §1332.

Plaintiffs are residents of Hamilton County, Ohio. Defendant, Goodville Mutual Casualty Company, is a Pennsylvania corporation with its home office in New Holland, Pennsylvania. Defendant Claim-Net, LLC, is an Indiana limited liability company with its

principal place of business in Lebanon, Indiana. Defendant, Dennis Hester, is an individual residing in Lebanon, Indiana.

Plaintiff's Complaint, attached hereto, claims damages in excess of $1 million (Compl. 20), satisfying the amount in controversy requirement of 28 U.S.C. §1332.

Respectfully Submitted,

| MUNGER COMPANY | DRODER & MILLER CO., L.P.A. |
|---|---|
| */s/Peter C. Munger* | */s/ Richard J. Rinear* |
| Peter C. Munger, Esq. | Richard J. Rinear, Esq. |
| *Attorney for Defendant* | Zachary D. Bahorik, Esq. |
| *Goodville Mut. Cas. Co.* | *Attorneys for Defendants,* |
| 626 Madison Ave., Suite 400 | *Claim-Net, LLC and Dennis Hester* |
| Toledo, OH 43604 | 125 W. Central Parkway |
| (419) 241-4400 | Cincinnati, Ohio 45202-1006 |
| PMunger@Mungerlaw.com | (513) 721-1504 |
| | rrinear@drodermiller.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been filed in the Hamilton County Court of Common Pleas, Case No. A 1406566, and has been served by ordinary mail and electronic transmission this 5th day of December, 2014, upon the following:

Avonte Campinha-Bacote
Joseph B. Russell
Two Miranova Place, Suite 500
Columbus, Ohio 43215
Avonte@cambaclaw.com
joe.russell@cambaclaw.com
Attorneys for Plaintiffs

                              DRODER & MILLER CO., L.P.A.

                              */s/ Richard J. Rinear*
                              Richard J. Rinear, Esq.
                              Zachary D. Bahorik, Esq.
                              Peter C. Munger, Esq.
                              Attorneys for Defendants